
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER<br>1:17-CR-00198 LJO |
|---|---|
| Plaintiff(s)<br>v.<br>DANIEL VILLANUEVA,<br>Defendant(s). | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus ad Testificandum submitted herewith be **GRANTED** and that a Writ of Habeas Corpus Ad Testificandum be issued to secure the appearance of **Robin Gill**, who is a material witness in the above-referenced proceedings and who is confined at the Lerdo Pre-trial Detention Facility, 17695 Industrial Farm Rd., Bakersfield CA 93308, (661) 391-7900.

In order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate before the Honorable Lawrence J. O'Neill, United States District Court, Eastern District of California, 2500 Tulare Street (7th Floor), Fresno, California 93721, on May 7, 2019, at 8:30 a.m.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden or head officer of the Lerdo Pre-trial Detention Facility to produce the inmate named above to testify in the United States District Court, at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the Lerdo Pre-trial Detention Facility;

2. The custodian is ordered to notify the court of any change in custody of this inmate, and is ordered to provide the any new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Lerdo Pre-trial Detention Facility, 17695 Industrial Farm Rd., Bakersfield CA 93308.

///
///
///

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden or Lead Officer, Lerdo Pre-trial Detention Facility, 17695 Industrial Farm Rd., Bakersfield CA 93308:

WE COMMAND you to produce the inmate named above to testify before the United States District Court, before the Honorable Lawrence J. O'Neill, United States District Court, Eastern District of California, 2500 Tulare Street (7th Floor), Fresno, California 93721, on May 7, 2019, at 8:30 a.m.

Dated: 4/16/19

_____
**U.S. District Judge/U.S. Magistrate Judge**
Erica P. Grosjean