1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ROBIN GILL

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No.  1:17-cr-00198-JLT-SKO-3

12              Plaintiff,              **STIPULATION TO CONTINUE
                                        SENTENCING; ORDER**
13      vs.
                                        Date:  December 18, 2023
14  ROBIN GILL,                         Time:  10:00 a.m.
                                        Judge: Hon. Jennifer L. Thurston
15              Defendant.

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Robert Veneman-Hughes, counsel for plaintiff, and

19  Assistant Federal Defender Erin Snider, counsel for Robin Gill, that the Court may continue the

20  sentencing hearing currently scheduled for December 11, 2023, at 10:00 a.m. to December 18,

21  2023, at 10:00 a.m. before the Honorable Jennifer L. Thurston.

22         On November 14, 2023, Mr. Gill admitted to Charges 2 and 3 of the petition, and the

23  matter was set for sentencing on December 4, 2023. The Court later moved the hearing to

24  December 11, 2023, on its own motion. On December 5, 2023, the probation officer filed a

25  dispositional memorandum. The defense requires additional time to respond to the dispositional

26  memorandum and requests a one-week continuance of the sentencing hearing. Counsel for the

27  government and the probation officer have no objection to this request, and both are available for

28  a hearing on December 18, 2023.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: December 6, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ROBIN GILL


PHILIP A. TALBERT
United States Attorney

Dated: December 6, 2023

*/s/ Robert Veneman-Hughes*
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing scheduled for December 11, 2023, at 10:00 a.m. is hereby continued to December 18, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **December 7, 2023**                                  _____
UNITED STATES DISTRICT JUDGE